■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELORES COSBY, Appellant. [993 NYS2d 898]—Judgment, Supreme Court, New York County (Lewis Bart Stone, J.), rendered May 24, 2012, convicting defendant, after a jury trial, of grand larceny in the second degree, and sentencing her to a term of five years' probation, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). The evidence established the elements of larceny by false pretenses, and it failed to support defendant's assertion that she was claiming funds that she honestly believed to be rightfully hers. Concur—Gonzalez, P.J., Mazzarelli, Andrias, DeGrasse and Clark, JJ.